IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES WASHINGTON,

                                                                           ORDER

           Plaintiff,

                                                                     18-cv-208-bbc

     v.

R. SCHULER, TRISHA ANDERSON and
JAMIE GOHDE,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff and prisoner James Washington is proceeding on Eighth Amendment and state negligence law claims that staff at the Columbia Correctional Institution failed to provide him adequate medical care and shoes for his chronic foot problems. Before the court is plaintiff's motion to reconsider a "text only order" entered by Magistrate Judge Crocker on April 29, 2019, denying plaintiff's request to extend his deadline for responding to defendants' motion for summary judgment so that he could conduct further discovery regarding facts alleged in the motion. Dkt. #33. The motion to reconsider will be denied.

As the magistrate judge explained in his order denying plaintiff's request for an extension, the court warned plaintiff in its August 29, 2018 pretrial conference order that "[y]ou will not get more time if you waited too long to get all the information you think you need to respond" to a motion for summary judgment. Dkt. # 15 at 8. The type of information that plaintiff sought was discovery he could and should have requested months

1

ago. As a courtesy, the magistrate judge gave plaintiff an extra week to file his response to defendants' motion for summary judgment, which plaintiff has done.

ORDER

IT IS ORDERED that plaintiff James Washington's motion to reconsider the court's April 29, 2019 text only order, dkt. #33, is DENIED.

Entered this 10th day of June, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge