IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES R. WASHINGTON,

    Plaintiff,

    v.

Case No. 18-cv-208-bbc

RENEE SCHUELER, TRISHA ANDERSON and JAMIE GOHDE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/ Peter Oppeneer, Clerk of Court      9/10/2019